IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

MELISSA PEARL BEATY,           )
                               )
v.                             )     2:08-0118
                               )
MICHAEL J. ASTRUE, Commissioner of )
Social Security                )

**O R D E R**

Before the Court is a Defendant's Motion For Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), Document #24, and Defendant's Memorandum in Support of Motion, Document #25. No objections have been filed.

Defendant's Motion to Remand, Document #24, is **GRANTED**, and the Administrative Law Judge shall (1) reevaluate the severity of Plaintiff's combined impairments, including obesity, (2) provide further details as to which listings were considered in the new decision, (3) accord the appropriate weight, and explain that weight, to all of the appropriate medical opinion evidence in the record, and (4) reevaluate Plaintiff's residual function capacity, her past relevant work and examine whether Plaintiff can perform a significant number of jobs in the national economy.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge